[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 30, 2011
JOHN LEY
CLERK

No. 11-10492
Non-Argument Calendar

_____

D. C. Docket No. 9:06-cr-80067-KAM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL NICHOLAS TAYLOR,
a.k.a Paul Blake,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 30, 2011)

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Robin Cindy Rosen-Evans, appointed counsel for Michael Nicholas Taylor in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Taylor's conviction and sentence are AFFIRMED.